UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT E. STOVER, # 230917, )
)
       Plaintiff, )
) Case No. 1:12-cv-1183
v. )
) Honorable Paul L. Maloney
PATRICA L. CARUSO., et al., )
)
       Defendants. )
_____)

**JUDGMENT OF DISMISSAL**

       This is a civil rights action brought by a state prisoner. Plaintiff has paid the filing fee and is not proceeding *in forma pauperis*. He is therefore responsible for service of process. This Court has sent to plaintiff a notice of impending dismissal for failure to serve process on defendants Carol Howes and Beth Gardner, but plaintiff has failed to respond.

       NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby DISMISSED without prejudice as to defendants Carol Howes and Beth Gardner.

       IT IS SO ORDERED.


Dated:  October 24, 2013                    /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         Chief United States District Judge