UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT E. STOVER,

    Plaintiff,

v.

PATRICIA L. CARUSO AND
RICHARD D. RUSSELL,

    Defendants.
_____/

Case No.: 1:12-cv-1183

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 36). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that all of plaintiff's claims for injunctive and declaratory relief are DISMISSED AS MOOT. All of plaintiff's claims for damages against defendant Caruso in her official capacity are DISMISSED WITH PREJUDICE because they are barred by Eleventh Amendment immunity. The Court DECLINES to exercise supplemental jurisdiction over plaintiff's purported state-law claims. Defendants' motion for summary judgment (ECF No. 28) is GRANTED.

Dated: September 19, 2014

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge