UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT E. STOVER,

    Plaintiff,

                                          Case No. 1:12-cv-1183

v.

                                          HONORABLE PAUL L. MALONEY

PATRICIA L. CARUSO AND
RICHARD D. RUSSELL,

    Defendants,
_____/

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of defendants.


Date:   September 19, 2014                      /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             Chief United States District